IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) ) ) | |
| Applicant, | ) ) | |
| v. | ) ) | CASE NO. 2:11-MC-3546-WKW |
| LARRY EDWARDS, | ) ) ) | |
| Respondent. | ) | |

## **ORDER**

On January 10, 2012, the Magistrate Judge filed a Recommendation (Doc. # 10) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that

    1.    the Recommendation is ADOPTED;

    2.    the National Labor Relations Board's Application for Order Enforcing Subpoena *Ad Testificandum* (Doc. # 1) is GRANTED, except to the extent that it requests an award of attorney's fees;

    3.    Mr. Edwards shall obey and fully comply with investigative Subpoena A-863410 issued by the Board to Mr. Edwards;

4.      Mr. Edwards shall comply with Subpoena A-863410 by appearing before a Board Agent in Case No. 15-CA-19604 at such time and place as the Board Agent may designate and to answer any and all questions relevant to the matters in question in the unfair labor practice proceedings before the Board; and

5.      all costs are TAXED against Mr. Edwards, pursuant to Federal Rule of Civil Procedure 54(d).

DONE this 25th day of January, 2012.

          /s/ W. Keith Watkins  
CHIEF UNITED STATES DISTRICT JUDGE